UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN JAY LACEY,<br><br>         Plaintiff,<br><br>   -against-<br><br>SURE SHOT BOOKS PUBLISHERS, LLC,<br><br>         Defendant. | 24-CV-2406 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 22, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 22, 2024
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge