UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN JAY LACEY,

                Plaintiff,

-against-

SURE SHOT BOOKS PUBLISHERS L.L.C.,

                Defendant.

24-cv-2406 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the December 10, 2024 order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 16, 2024
            New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                Chief United States District Judge